STATE OF CONNECTICUT *v.* ALLEN BOWENS

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 642, is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided July 25, 1991

ERNEST CARON ET AL. *v.* INLAND WETLANDS AND WATERCOURSES COMMISSION OF THE TOWN OF BERLIN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 25 Conn. App. 61, is granted, limited to the following issue:

"In the circumstances of this case, have the plaintiffs established their entitlement to automatic approval of their application for a wetlands permit because of the named defendant's failure to act within the time period specified by the relevant statute and regulation?"

*Charles W. Bauer,* in support of the petition.

*E. Timothy Sullivan,* corporation counsel, in opposition.

Decided July 25, 1991

STATE OF CONNECTICUT *v.* JASPER MCFADDEN

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 171, is denied.

*Jeremiah Donovan,* in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided July 25, 1991